```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-01890-JAM-DAD** |
|     Plaintiff, | ) **ORDER RE: STIPULATED DISMISSAL** |
|     vs. | ) |
| Michael M. De Miguel, | ) |
|     Defendant | ) |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date: 9/29/2011

/s/ John A. Mendez
U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-01890-JAM-DAD- 1

PDF created with pdfFactory trial version www.pdffactory.com